NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Cross Appellant,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2010-1377, -1400, -1408

---

Appeals from the United States District Court for the Middle District of Pennsylvania in consolidated case nos. 01-CV-0485 and 05-CV-2622, Judge Christopher C. Conner.

---

## ON MOTION

---

## ORDER

Arlington Industries, Inc. moves for a 30-day extension of time, until September 12, 2011, to file its cross-appeal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 19 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Kathryn L. Clune, Esq.
     Deanne E. Maynard, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 19 2011

**JAN HORBALY**
**CLERK**